IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SHANE LIETZ,

    Plaintiff,

v.

DANE COUNTY SHERIFFS JAIL,
NICHOLOS KHRAN and
DAVE MAHONEY,

    Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-505-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for want of prosecution.

/s/                                                  3/16/2018

Peter Oppeneer, Clerk of Court                Date